# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JUSTIN MILLET

NO. 2020 KW 1153

**JANUARY 14, 2021**

---

In Re:     Justin Millet, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge,
           No. 18-18-0573.

---

**BEFORE:    McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

   **WRIT DENIED.**

                              **JMM**
                              **GH**
                              **AHP**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT